UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| OMARI TAHIR, | |
|---|---|
| Plaintiff, | CASE NO. C17-0586-JLR |
| v. | |
| HUGH BANGASSER, et al., | ORDER RE: APPLICATION TO PROCEED IN FORMA PAUPERIS |
| Defendants. | |

Plaintiff submitted an application to proceed *in forma pauperis* (IFP). (Dkt. 1.) Because plaintiff does not appear to have funds available to afford the $400.00 filing fee, he financially qualifies for IFP status pursuant to 28 U.S.C. § 1915(a)(1). Therefore, plaintiff's IFP application (Dkt. 1) is GRANTED. However, the undersigned recommends review under 28 U.S.C. § 1915(e)(2)(B), and/or in relation to another matter currently pending in this Court, *see Tahir v. Delaney*, C15-2017-JCC. The Clerk of the Court is directed to send a copy of this Order to plaintiff and to the assigned District Judge.

DATED this 2nd day of May, 2017.

Mary Alice Theiler
United States Magistrate Judge

ORDER
PAGE - 1